SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Whang@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ADRIAN JUSTO-RAMIREZ,<br><br>　　　　　Defendants. | Case No. 2:09-cr-00411-RFB-EJY<br><br>**Motion to Dismiss the Indictment Without Prejudice and Quash Warrant** |

On October 6, 2009, a grand jury returned an indictment charging defendant Adrian Justo-Ramirez with distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). ECF No. 1. The court issued an arrest warrant for Adrian Justo-Ramirez.

To date, Adrian Justo-Ramirez has not been arrested pursuant to the arrest warrant. Neither the government nor law enforcement are aware of his current location.

///

///

///

///

///

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice as to Adrian Justo-Ramirez and quash his arrest warrant.

DATED: May 12, 2025.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

/s/ Brian Whang
_____
BRIAN WHANG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ADRIAN JUSTO-RAMIREZ, <br><br> Defendants. | Case No. 2:09-cr-00411-RFB-EJY <br><br> **ORDER GRANTING MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND QUASH ARREST WARRANT** |

Upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges and quashes the arrest warrant brought against defendant Adrian Justo-Ramirez contained in the Indictment in case number 2:09-cr-00411-RFB-EJY.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

  /s/ Brian Whang
BRIAN WHANG
Assistant United States Attorney

Leave of Court is granted for the filing of dismissal of the charges without prejudice and to quash the arrest warrant brought against defendant Adrian Justo-Ramirez contained in the Indictment in case number 2:09-cr-00411-RFB-EJY.

DATED thid <u>14th</u> day of May, 2025.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE